IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**JESUS GONZALEZ,**

    Plaintiff                                           Case Number: 1:24-cv-22111-CMA

**V.**

**CHALED XIII, LLC.**

    Defendant

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice as to all Defendant(s) and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                                                          Respectfully submitted,

Dated: June 7, 2024                                */s/ Alberto R. Leal*.
                                                       Alberto R. Leal, Esq., P.A.
                                                       Florida Bar No.: 1002345
                                                       E-Mail: albertolealesq@gmail.com
                                                       Phone: 954-637-1868